IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                          CASE NO. 1:01-cr-00019-MP-AK

WILLIAM R. DEVINE,

     Defendant.
_____/

# **O R D E R**

     This matter is before the Court on Doc. 83, Defendant's Motion for Reconsideration of this Court's previous order (Doc. 82) adopting the Magistrate's Report and Recommendations and denying Defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.  Defendant has filed two memorandums in support of his motion (Docs. 84, 85), as well as a letter to the undersigned informing the Court of Defendant's family situation.

     In its Order adopting the Magistrate's Report and Recommendations, the Court held that Defendant entered a sentence-appeal waiver which precluded him from later objecting to the sentence imposed.  Doc. 82 at 2.  The Defendant correctly points out that while he did enter an oral sentence-appeal waiver, the written plea agreement provided that any party could appeal the sentence imposed.  Doc. 83.  Nevertheless, the Court finds that even if Defendant was entitled to appeal his sentence on grounds of ineffective assistance of counsel, his cause is without merit. The Court fully agrees with the remainder of the lengthy, well-reasoned report of the Magistrate Judge (Doc. 70), and therefore finds no reason to depart from its previous ruling adopting the Magistrate's Report and Recommendations.  While the Court is sympathetic to the Defendant's current plight with respect to his family situation, this alone is not sufficient grounds to overturn

Defendant's sentence.

**ORDERED AND ADJUDGED:**

Defendant's Motion for Reconsideration, Doc. 82, is denied.

**DONE AND ORDERED** this   *28th* day of December, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge