IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:01-cr-00019-MP-AK

WILLIAM R. DEVINE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 112, a mandate issued by the Eleventh Circuit instructing this court to vacate the March 8, 2006, order (Doc. 95) granting defendant's Motion to Vacate or Set Aside Per Rule 60(b) (Doc. 89).  According to the Circuit Court, the defendant's timely filed notice of appeal divested this court of jurisdiction to entertain defendant's motion to vacate.  Therefore, the court hereby vacates its March 8, 2006 order and dismisses defendant's motion to vacate (Doc. 89) for lack of jurisdiction.  The clerk is directed to forward a copy of this order and an updated docket sheet to the Eleventh Circuit Court of Appeals.

    **DONE AND ORDERED** this  *9th* day of May, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge