IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                          CASE NO. 1:01-cr-00019-MP-AK

WILLIAM R. DEVINE,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Docs. 117 and 118, Motions for Reconsideration by William R. Devine. In his motion, Defendant requests that this court reinstate its prior order granting Defendant's motion for reconsideration, Doc. 95. After a further review of the Eleventh Circuit's mandate, Doc. 112, the court grants the defendant's motion. The court now believes that the Eleventh Circuit intended to provide this court with jurisdiction to entertain Defendant's original motion for reconsideration, Doc. 89, when it closed Defendant's file on appeal. Accordingly, the court vacates its previous order dismissing defendant's motion for reconsideration for lack of jurisdiction, Doc. 113. Defendant's original motion for reconsideration, Doc. 89, is granted and this matter is hereby remanded back to the Magistrate for further proceedings. It is the court's understanding that the Magistrate has already conducted an evidentiary hearing on this matter, and thus only needs to prepare a Report and Recommendation on the issue.

    **DONE AND ORDERED** this _28th_ day of July, 2006

                        *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge