IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO. 1:01-cr-00019-MP-AK

WILLIAM R. DEVINE,

    Defendant.

_____/

# O R D E R

This matter is before the Court on Doc. 122, Motion for Jail Time Credit, filed by

Defendant Devine.  In his motion, Defendant states that on March 19, 2005, the Bureau of

Prisons reduced his jail time credit from 189 days to 46 days.  Defendant contends that this

change is improper, and he moves for an order directing the Bureau of Prisons to credit

Defendant with the 189 days spent in state custody in Levy County.  The Court believes that a

response from the Government is required to better evaluate Defendant's motion.  Accordingly,

the Government is directed to file a response to Defendant's Motion for Jail Time Credit no later

than January 31, 2007.


       **DONE AND ORDERED** this   *10th* day of January, 2007


          *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge