IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:01-cr-00019-MP-AK

WILLIAM R. DEVINE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 122, Motion for Jail Time Credit, filed by Defendant Devine. The Government has filed a response to Defendant's motion. Doc. 125. Defendant seeks a restoration of 143 days of jail-time credit against his federal sentence that the Bureau of Prisons removed on March 19, 2005. The Bureau of Prisons has represented that the adjustment of Defendant's jail-time credit was due to the fact that the time Defendant spent in state custody from March 20, 2001, through August 9, 2001, had already been credited against his state sentence. Because under 18 U.S.C. § 3585(b), Defendant cannot receive credit for time served if the specified time period has been credited against another sentence, the Government contends that Defendant is not entitled to a second credit against his federal sentence. The Court agrees. Therefore, after considering the matter, Defendant's Motion for Jail Time Credit, Doc. 122, is denied.

**DONE AND ORDERED** this __30th__ day of January, 2007

                                *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge