IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:01-cr-00019-MP-AK

WILLIAM R. DEVINE,

    Defendant.

_____/

# **O R D E R**

This matter is before the Court on Doc. 128, Motion for Reconsideration, filed by Defendant William Devine. Mr. Devine asks the Court to reconsider its Order denying Defendant's Motion for Jail Time Credit. Doc. 126. Defendant's request for jail time credit was denied because the time in question was applied to the Defendant's sentence in an unrelated case, Levy County Case # 1996-670-CFA. Title 18 U.S.C. § 3585(b) prohibits time credited against another sentence to be applied towards a federal sentence. In his motion for reconsideration, Defendant contends that the Government relied on false information, and that on March 6, 2001, his probation was terminated in Case # 1998-1774-CFA. The Court does not see how this changes the fact that the time Defendant spent in state custody from March 20, 2001, through August 9, 2001, was credited against a different state sentence. Therefore, Defendant's motion for reconsideration is denied.

**DONE AND ORDERED** this  *15th* day of February, 2007

                *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge